# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD WESTFALL,<br><br>                                  Plaintiff,<br>  vs.<br><br>MII LIQUIDATION, INC.,<br><br>                                Defendant. | CASE NO. 07CV1954 WQH (WMC)<br><br>ORDER SETTING BANKRUPTCY APPEAL HEARING AND BRIEFING SCHEDULE |

HAYES, Judge:

On October 5, 2007, Appellant Willard Westfall filed a Bankruptcy Appeal from the Order of United States Bankruptcy Judge John J. Hargrove. (Doc. # 1).

The Court has set a hearing date for the purposes of this appeal from the United States Bankruptcy Court to be held before the Honorable William Q. Hayes on **Friday, May 2, 2008 at 2:00 P.M. in Courtroom # 4**. In preparation for the hearing, the Court **ORDERS** the following appeal and briefing schedule:

1. No later than **Monday, February 11, 2008,** appellant shall serve and file its opening brief. The brief shall comply with Federal Rule of Bankruptcy Procedure 8010.

2. No later than **Monday, March 17, 2008,** appellee shall serve and file its responsive brief. The responsive brief shall comply with Federal Rule of Bankruptcy Procedure 8010.

3. No later than **April 14, 2008,** appellant shall serve and file any reply brief. The reply brief shall comply with Federal Rule of Bankruptcy Procedure 8010.

**IT IS SO ORDERED.**

DATED: December 14, 2007

                                                      **WILLIAM Q. HAYES**
                                                      United States District Judge