# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MII LIQUIDATION, INC.,<br><br>                        Debtor.<br>_____<br>WILLARD WESTFALL,<br><br>                        Appellant,<br>  vs.<br><br>MII LIQUIDATION, INC.,<br><br>                        Appellees. | CASE NO. 07CV1954 JM (WMc)<br><br>ORDER GRANTING MOTION TO SHORTEN TIME ON APPELLANT'S MOTION TO STAY IMPLEMENTATION OF PLAN; SCHEDULING ORDER |

    For good cause shown, the court grants Appellant's motion to shorten time, (Docket No. 10), and sets the following scheduling order: Appellees shall file and serve their opposition to the motion to stay implementation of the Plan no later than January 7, 2008; Appellant may file and serve a reply brief no later than January 9, 2008; and this matter is set for oral argument on January 11, 2008 at 2:00 p.m. Out-of-town counsel may appear telephonically by placing a single coordinated conference call to the telephone number provided to the parties' counsel by chamber's staff. Counsel for

/ / /

/ / /

the parties are instructed to work together in placing a single coordinated conference call to the courtroom.

**IT IS SO ORDERED.**

DATED:  January 8, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:         All parties