UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: MII Liquidation, Inc. | Case No. 07cv1954 JM(WMc) |
| Debtor, | On Appeal from File No. 05-6040-H11 |
| Willard Westfall, individually and on behalf of purported class, | ORDER GRANTING JOINT MOTION TO DISMISS APPEAL PURSUANT TO BANKRUPTCY RULE 8001(c)(2) [Docket No. 21] |
| Appellant, | |
| v. | |
| MII Liquidation, Inc. | |
| Appellee. | |

The Court, having considered the Joint Motion to Dismiss Appeal Pursuant to Bankruptcy Rule 8001(c)(2), hereby **ORDERS** as follows:

The Joint Motion to Dismiss Appeal Pursuant to Bankruptcy Rule 8001(c)(2) is GRANTED. Each party shall bear their own costs in connection with this appeal.

IT IS SO ORDERED.

DATED: January 14, 2008

Hon. Jeffrey T. Miller
United States District Judge